1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

SYLVANIS JACKSON,

          Plaintiff,

    v.

THE STATE OF NEVADA,

          Defendant.

Case No. 2:22-cv-02000-RFB-MDC

**ORDER**

    Before the Court for consideration is the Report and Recommendation (ECF No. 7) of the Honorable Maximiliano D. Couvillier, III, United States Magistrate Judge, entered on January 23, 2025. A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by February 5, 2025. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendation.

///

///

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 7) is ACCEPTED and ADOPTED in full.

**IT IS FURTHER ORDERED** that this action be DISMISSED without prejudice. The Clerk of Court is instructed to close this case.

**DATED:** October 9, 2025.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE